PHILLIP A. TALBERT
United States Attorney
JARED C. DOLAN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America


FILED
JUN - 7 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
DEPUTY

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

            Plaintiff,

v.

DONALD BURTON,

            Defendant.

CASE NO. 2:17-MJ-0096 EFB

[PROPOSED] ORDER TO UNSEAL COMPLAINT

The government's request to unseal the complaint and this case is GRANTED.

Dated: 6-7-2017

Hon. Edmund F. Brennan
U.S. MAGISTRATE JUDGE