WILLIAM J. PORTANOVA, State Bar No. 106193
Attorney at Law
400 Capitol Mall, Suite 1100
Sacramento, CA 95814
Telephone: (916) 444-7900
Fax: (916) 444-7998
Portanova@TheLawOffices.com

Attorney for Defendant
Donald Burton

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:17-mj-00096-EFB |
|---|---|---|
| Plaintiff, | ) ) | **STIPULATION AND [PROPOSED] ORDER RE: MODIFICATION OF DEFENDANT'S CONDITIONS OF PRETRIAL RELEASE** |
| v. | ) ) | |
| DONALD BURTON, | ) ) | |
| Defendant. | ) ) | |

  With the Court's permission, the defendant Donald Burton requests, and the government does not oppose, a modification of the terms and conditions of defendant's pre-trial release to allow him to travel within the Northern District of California as well as the Eastern District of California. This modification is necessitated by Mr. Burton's frequent need to travel to the Northern District for appointments and errands.

  All other terms and conditions of Mr. Burton's pre-trial release shall remain in effect.

  The parties have conferred with pretrial services officer Tai Gaskins who agrees with this proposed modification.

///

///

**STIPULATION AND [PROPOSED] ORDER RE: MODIFICATION OF DEFENDANT'S PRE-TRIAL RELEASE**

**IT IS SO STIPULATED.**

DATED: June 26, 2017          /s/ William J. Portanova
                              _____
                              WILLIAM J. PORTANOVA
                              Attorney for Defendant
                              DONALD BURTON


DATED: June 26, 2017          /s/ Jared Dolan
                              _____
                              JARED DOLAN
                              Assistant United States Attorney

**IT IS SO ORDERED.**

DATED: June 26, 2017.
                              _____
                              THE HON. EDMUND F. BRENNAN
                              United States Magistrate Judge

**STIPULATION AND [PROPOSED] ORDER RE: MODIFICATION OF DEFENDANT'S PRE-TRIAL RELEASE**